**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1414**

———————

XUE HUA FANG; WU QIANG HUANG,

                    Petitioners,

          v.

ERIC H. HOLDER, JR., Attorney General,

                    Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted:  September 3, 2013      Decided:  September 10, 2013

———————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Dehai Zhang, Flushing, New York, for Petitioners.  Stuart F. Delery, Acting Assistant Attorney General, Anthony C. Payne, Senior Litigation Counsel, Stuart S. Nickum, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Xue Hua Fang and Wu Qiang Huang, natives and citizens of the People's Republic of China, petition for review of an order of the Board of Immigration Appeals ("Board") dismissing their appeal from the immigration judge's denial of their request for asylum, withholding of removal and withholding under the Convention Against Torture. We have thoroughly reviewed the record, including the various documentary exhibits relevant to family planning policies in China, the letters and affidavits and the transcript of Fang's testimony, and we conclude that the record evidence does not compel a ruling contrary to any of the administrative findings of fact, see 8 U.S.C. § 1252(b)(4)(B) (2006), and that substantial evidence supports the Board's decision. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Xue Hua Fang (B.I.A. Mar. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED